**Dismiss and Opinion Filed May 7, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00537-CV

### IN THE INTEREST OF B.J.F., A CHILD

**On Appeal from the 397th Judicial District Court**
**Grayson County, Texas**
**Trial Court Cause No. FA-12-1784**

## MEMORANDUM OPINION
Before Justices Bridges, Francis, and Lang-Miers
Opinion by Justice Francis

By motion filed May 2, 2014, appellant informs us he no longer desires to proceed with his appeal and moves to dismiss it. We grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a).

140537F.P05

/Molly Francis/
MOLLY FRANCIS
JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

IN THE INTEREST OF B.J.F., A CHILD

No. 05-14-00537-CV

On Appeal from the 397th Judicial District
Court, Grayson County, Texas
Trial Court Cause No. FA-12-1784.
Opinion delivered by Justice Francis.
Justices Bridges and Lang-Miers
participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

We **ORDER** that appellee Shannon Fournier recover her costs of this appeal from appellant Cory Fournier.

Judgment entered May 7, 2014

/Molly Francis/
MOLLY FRANCIS
JUSTICE